# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** GLASSER   **DATE:** DEC. 12, 2002   **TIME:** 4 pm

**DOCKET NUMBER:** CR 98-1069 & CR 02-1313   **DEFT. NUMBER:** _____

**DEFENDANT:** GENNADY KLOTSMAN
✓ Present _____ Not Present   x  In Custody   _____ On Bail

**ATTORNEY FOR DEFT.:** ALEXIE SCHACHT
_____ C.J.A.   ✓ Retained   _____ Legal Aid/PD

**ASST. U.S. ATTORNEY:** JONATHAN SACK  6238

**COURTROOM DEPUTY:** LOUISE SCHILLAT   **INTERPRETER:** _____
Ext. _____

**COURT REPORTER/ESR OPERATOR:** Burt Sulzer

**TAPE NUMBER:** _____

**SENTENCE:** adjd to 12/18/02 at 10:30

**DEFT. SENTENCED ON COUNTS:** ONE COUNT INFORMATION IN CR 98-1069
ONE COUNT INFORMATION IN CR 02-1313
**OPEN COUNTS DISMISSED:** _____ On Govt.'s Motion,   _____ On Ct.'s Mot.

**FINE:** _____   **SPECIAL ASSESSMENT:** _____

**SPECIAL CONDITIONS OF SUPERVISION:** _____

**IS SENTENCE STAYED?** _____ Yes   **STAYED UNTIL:** _____
_____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]