# CRIMINAL CAUSE FOR SENTENCING

BEFORE: GLASSER   DATE: DEC. 16, 2002   TIME: 4:00PM

DOCKET NUMBER: CR 98-1069 & CR 02-1313   DEFT. NUMBER: _____

DEFENDANT: GENNADY KLOTSMAN
  x Present ___ Not Present   x In Custody ___ On Bail

ATTORNEY FOR DEFT.: ALEXIE SCHACHT
  ___ C.J.A.   ___ Retained   ___ Legal Aid/PD

ASST. U.S. ATTORNEY: JONATHAN SACK

COURTROOM DEPUTY: LOUISE SCHILLAT   INTERPRETER: _____
  Ext. _____

COURT REPORTER/ESR OPERATOR: Henry Shapiro

UPON MOTION OF THE GOV'T FOR A DOWNWARD DEPARTURE.

TAPE NUMBER: _____

SENTENCE: On CR 98-1069, the defendant is sentenced to imp. for 71 months and on CR 02-1313, he is sentenced to imp. for 5 months, to run concurrent with the 98-1069 RICCO indictment and one month under 3147, consecutive to 71 and 5, for a total of 72 months.

DEFT. SENTENCED ON COUNTS: Count #1 in CR 98-1069 and count #1 in CR 02-1313.

OPEN COUNTS DISMISSED: ___ On Govt.'s Motion,   ___ On Ct.'s Mot.

FINE: $100,000.00   SPECIAL ASSESSMENT: $200.00

~~SPECIAL CONDITIONS OF SUPERVISION:~~ Three years of supervised release on both CR 98-1069 and CR 02-1313, which will run concurrent. Restitution in the amount of forty million dollars, payable to the Clerk of Court.

IS SENTENCE STAYED? ___ Yes   STAYED UNTIL: _____
  ___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]

✓ Court recommends Otisville, or facility in northeast