**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **SEP 2 1 2012** ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GENNADY KLOTSMAN,

               Defendant.

- - - - - - - - - - - - - - - -X

<u>LIMITED UNSEALING ORDER</u>

02 CR 1313 (ILG)

      Upon the application of the United States of America,
Loretta E. Lynch, United States Attorney, by Assistant United
States Attorney Alicyn Cooley, and good cause appearing
therefore, it is hereby

      ORDERED that any and all documents having been
previously ordered sealed in the above-referenced case be
unsealed for the limited purpose of permitting the government to
obtain from the Clerk of Court copies of any documents it does
not currently have in its files, in order to allow the government
to determine the content of such documents.

      Any and all documents that may be unsealed pursuant to
this order for the limited purpose stated above shall remain

under seal for all other purposes until further order of this Court.

SO ORDERED.

Dated: Brooklyn, New York
September 21st, 2012

S/ILG

THE HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT JUDGE